#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE WESTERN DISTRICT OF TEXAS
#### AUSTIN DIVISION

| | | |
|---|---|---|
| **JESSICA DUARTE** | § | |
|     **Plaintiff** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:18-cv-00388-LY** |
| | § | |
| **LIBERTY INSURANCE** | § | |
| **CORPORATION** | § | |
|     **Defendant** | § | |

### NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE LEE YEAKEL:

    COME NOW Plaintiff Jessica Duarte and Defendant Liberty Insurance Corporation and files this Notice of Settlement.

    1.    The Parties have agreed to a settlement and are in the process of finalizing their settlement agreement. The Parties will make every effort to file dismissal documents with this Court within 30 days.

    2.    The Parties jointly request entry of an Order terminating upcoming scheduling order deadlines and cancelling the Initial Pretrial Conference set for Friday, May 10, 2019 at 2:00 p.m.

Respectfully submitted,

**HANNA & PLAUT, L.L.P.**
211 East Seventh Street, Suite 600
Austin, Texas 78701
Telephone:    (512) 472-7700
Facsimile:     (512) 472-0205

By:  /s/Catherine L. Hanna_____
      Catherine L. Hanna
      State Bar No. 08918280
      Email:  channa@hannaplaut.com
      Tara D. Mireur
      State Bar No. 24001959
      Email:  tmireur@hannaplaut.com

**ATTORNEYS FOR LIBERTY INSURANCE CORPORATION**


AND


**PACE RODGERS LAW**
1718 San Pedro
San Antonio, Texas 78212
Telephone:    (830) 624-9865
Facsimile:     (210) 579-6679


By:  /s/ Clare L. Pace (with permission TDM)\_\_\_\_
    Clare L. Pace
    State Bar No. 24079097
    Email: crodgers@pacerodgerslaw.com

**ATTORNEY FOR PLAINTIFF
JESSICA DUARTE**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 8, 2019, a true and correct copy of this document was filed via the Court's ECF system pursuant to LR5.1. The notice of electronic filing generated by the ECF system constitutes service of the document on counsel who are registered users of the system. Any other counsel of record will be served pursuant to FRCP 59(b) on this same date.

                                                        */s/ Catherine L. Hanna*
                                                        Catherine L. Hanna