IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 MAY 24  AM 11: 46
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| JESSICA DUARTE,<br>    PLAINTIFF,<br><br>V.<br><br>LIBERTY INSURANCE COMPANY,<br>    DEFENDANT. | §<br>§<br>§<br>§  CAUSE NO. 1:18-CV-388-LY<br>§<br>§<br>§ |

### FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On this date, the court rendered an order dismissing this cause with prejudice. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _____ day of May, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE